UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LAKYN HOUSTON and** | * | **DOCKET NO. 2:22-cv-01198-JDC-KK** |
| **BRUCE D HOUSTON** | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | |
| | * | |
| **SOUTHERN FIDELITY** | * | |
| **INSURANCE COMPANY** | * | |
| Defendant. | * | |

**************************************

## ORDER

Considering the foregoing Joint Stipulation of Dismissal with Prejudice;

IT IS ORDERED that all claims against Louisiana Insurance Guaranty Association be dismissed with prejudice.

IT IS FURTHER ORDRED that each party will bear its own costs.

THUS DONE AND SIGNED in Chambers this 3rd day of January, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE